FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

07 MAR 28 PM 2: 49

OFFICE OF THE CLERK

| | | |
|---|---|---|
| IN RE: SEARCH WARRANTS, SEIZURE | ) | |
| WARRANT AND COMPLAINT FOR | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT 4512 | ) | 8:07MJ36 |
| BEDFORD AVENUE, APT. 2, OMAHA, NEBRASKA | ) | |
| INCLUDING ALL OUTBUILDINGS, GARAGES | ) | |
| AND APPURTENANCES THERETO AND ANY | ) | |
| VEHICLES PARKED AT THE RESIDENCE, | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT 5209 | ) | 8:07MJ37 |
| CURTIS AVENUE, OMAHA, NEBRASKA | ) | |
| INCLUDING ALL OUTBUILDINGS, GARAGES | ) | |
| AND APPURTENANCES THERETO AND ANY | ) | |
| VEHICLES PARKED AT THE RESIDENCE, | ) | |
| | ) | |
| 2002 BLUE CADILLAC DEVILLE, | ) | 8:07MJ38 |
| FOUR DOOR SEDAN, | ) | 8:07MJ39 |
| VIN 1G6KD54Y12U304446, | ) | |
| | ) | |
| JERRY ADAMS and | ) | 8:07MJ40 |
| MAURICE FAULKNER, | ) | |

**SEALED**

### ORDER TO SEAL SEARCH WARRANTS, SEIZURE
### WARRANT APPLICATION AND AFFIDAVIT, RETURNS
### AND CRIMINAL COMPLAINT

IT IS ORDERED that the Motion to Seal Search Warrants, Seizure Warrant Application

and Affidavit and Return and Criminal Complaint be approved as requested.

DATED this _____ day of March, 2007.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge